UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 34926
   YOLANDA M TRAVIS
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1460


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 09/01/2005 and was confirmed 10/17/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  24.25% from remaining funds.

      The case was dismissed after confirmation 06/02/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO FINANCIAL ~ | SECURED | 1846.75 | 766.87 | 1846.75 |
| WELLS FARGO AUTO FINANCE | UNSECURED | 14716.98 | .00 | 2086.73 |
| ALL FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ALL FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ACCOUNT MANAGEMENT SERVI | NOTICE ONLY | NOT FILED | .00 | .00 |
| ACCOUNT MANAGEMENT SERVI | NOTICE ONLY | NOT FILED | .00 | .00 |
| ADVOCATE HEALTH CARE | UNSECURED | NOT FILED | .00 | .00 |
| ALAMO RENT A CAR | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| ASPIRE | UNSECURED | 281.67 | .00 | 32.19 |
| AT & T BANKRUPCTY | UNSECURED | NOT FILED | .00 | .00 |
| BENNETT & DELONEY | UNSECURED | NOT FILED | .00 | .00 |
| BLOCKBUSTER VIDEO | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CASA DEL SOL APARTMENTS | UNSECURED | NOT FILED | .00 | .00 |
| CB USA | NOTICE ONLY | NOT FILED | .00 | .00 |
| CCB CREDIT SERVICE INC | NOTICE ONLY | NOT FILED | .00 | .00 |
| CHICAGO TRIBUNE | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 3445.00 | .00 | 473.58 |
| COLLECTION RECOVERY SERV | NOTICE ONLY | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST DIGITAL PHONE SE | UNSECURED | NOT FILED | .00 | .00 |
| CORRECTIONAL BILLING SER | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT LOANS BANKRUPTCY | UNSECURED | 2876.60 | .00 | 395.44 |
| ENTERPRISE LEASING CO | UNSECURED | NOT FILED | .00 | .00 |
| EQUIFAX RISK MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| FERLEGER & ASSOCIATES | NOTICE ONLY | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK OF M | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | NOTICE ONLY | NOT FILED | .00 | .00 |
| JEFFEREY A ALBERT | UNSECURED | NOT FILED | .00 | .00 |
| LOCAL 881 UFCW | UNSECURED | NOT FILED | .00 | .00 |
| MAGES & PRICE | NOTICE ONLY | NOT FILED | .00 | .00 |

                      PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 05 B 34926 YOLANDA M TRAVIS

```
NATIONAL QUICK CASH        UNSECURED      NOT FILED                    .00              .00
NCO FINANCIAL SYSTEMS      NOTICE ONLY    NOT FILED                    .00              .00
NCO FINANCIAL SYSTEMS      NOTICE ONLY    NOT FILED                    .00              .00
NIPSCO                     UNSECURED         108.39                    .00              .00
PAY DAY LOAN STORE         UNSECURED      NOT FILED                    .00              .00
PEOPLES GAS LIGHT & COKE   UNSECURED            .00                    .00              .00
PRACTICE RESOURCES         UNSECURED      NOT FILED                    .00              .00
PROACTIV SOLUTION          UNSECURED      NOT FILED                    .00              .00
RECEIVABLE RECOVERY SYST   UNSECURED      NOT FILED                    .00              .00
ISAC                       UNSECURED       16222.79                    .00         2300.23
SOUTHWEST CREDIT           NOTICE ONLY    NOT FILED                    .00              .00
US SPRINT                  UNSECURED      NOT FILED                    .00              .00
SAINT MARGARET MERCY       UNSECURED      NOT FILED                    .00              .00
SAINT MARGARET MERCY       UNSECURED      NOT FILED                    .00              .00
STATE OF INDIANA           UNSECURED      NOT FILED                    .00              .00
T-MOBILE BANKRUPTCY        UNSECURED         816.94                    .00          112.30
TCF                        UNSECURED      NOT FILED                    .00              .00
VERIZON WIRELESS           UNSECURED      NOT FILED                    .00              .00
VILLAGE OF DOLTON          UNSECURED      NOT FILED                    .00              .00
CB USA                     UNSECURED         585.48                    .00           67.34
LEGAL HELPERS PC           DEBTOR ATTY    2,150.00                            2,150.00
TOM VAUGHN                 TRUSTEE                                              634.60
DEBTOR REFUND              REFUND                                                51.55
```

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  10,917.58

PRIORITY                                          .00
SECURED                                     1,846.75
     INTEREST                                 766.87
UNSECURED                                   5,467.81
ADMINISTRATIVE                              2,150.00
TRUSTEE COMPENSATION                          634.60
DEBTOR REFUND                                  51.55
                      ---------------     ---------------
TOTALS                   10,917.58            10,917.58

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 09/24/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   3
CASE NO. 05 B 34926 YOLANDA M TRAVIS